COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00002-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| DANIEL VILLEGAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 940D09328) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's "Order Regarding State's Designated Phone Calls." We therefore affirm the trial court's "Order Regarding State's Designated Phone Calls." This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.